IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD MINNESOTA, NORTH DAKOTA, SOUTH DAKOTA, and SARAH A. TRAXLER, M.D.,** *Plaintiffs*, v. **KRISTI NOEM, Governor, JOAN ADAM, Interim Secretary of Health, Department of Health, and PHILIP MEYER, D.O., President, South Dakota Board of Medical and Osteopathic Examiners, in their official capacities,** *Defendants*. | Case No. 22-4009 |

**PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Planned Parenthood Minnesota, North Dakota, South Dakota and Sarah A. Traxler, M.D., hereby move pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and preliminary injunction against portions of South Dakota Department of Health Rule 44:67:04:13 (the "Rule"). Absent relief from this Court, the Rule will take effect on January 27, 2022.

As set forth in the accompanying brief and supporting exhibits, (1) Plaintiffs have a fair chance of prevailing, and, indeed, are likely to succeed, on the merits; (2) Plaintiffs and their patients will suffer irreparable harm if the Rule is enforced; (3) the balance of equities tips decidedly in Plaintiffs' favor; and (4) granting temporary injunctive relief would serve the public interest. Plaintiffs are therefore entitled to immediate relief and respectfully request that this

Court grant their motion for a temporary restraining order and preliminary injunction.

Pursuant to Local Rule 7.1.C, Plaintiffs request oral argument on their motion.

Dated: January 19, 2022

/s/ *Stephanie Amiotte*

Stephanie Amiotte (SD Bar #3116)
Andrew Malone (SD Bar #5186)
American Civil Liberties Union of North Dakota, South Dakota, and Wyoming
PO Box 91952
Sioux Falls, SD 57109
Telephone: (605) 332-2508
samiotte@aclu.org
amalone@aclu.org

Diana O. Salgado*
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, District of Columbia 20005
Telephone: (212) 261-4399
diana.salgado@ppfa.org

Michael Drysdale*
Dorsey & Whitney LLP
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-5652
drysdale.michael@dorsey.com

*Application for admission *pro hac vice* forthcoming

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Temporary Restraining Order and Preliminary Injunction was sent on the 19th day of January, 2022, via facsimile or electronic mail to the following:

Kristi Noem, Governor
South Dakota Office of the Governor
500 E. Capitol Ave.
Pierre, SD 57501-2536
Phone: (605) 773-3212
Fax: (605) 773-4711

Joan Adam, Interim Secretary of Health
South Dakota Department of Health
600 E. Capitol Ave.
Pierre, SD 57501-2536
Phone: 605-773-3361
Fax: 605-773-5683

Philip Meyer, D.O., President
South Dakota Board of Medical and Osteopathic Examiners
101 N. Main Ave., Suite 301
Sioux Falls, SD 57104
Phone: (605) 367-7781
Email: sdbmoe@state.sd.us

This 19th day of January, 2022.

/s/ Stephanie Amiotte

Stephanie Amiotte
American Civil Liberties Union of North Dakota, South Dakota, and Wyoming
PO Box 91952
Sioux Falls, SD 57109
Telephone: (605) 332-2508
samiotte@aclu.org